

**U.S. Department of Justice**

*District of New Jersey*
*Civil Division*

---

970 Broad Street, Suite 700  
Newark, New Jersey 07102

*general number:* (973) 645-2700  
*telephone:* (973) 645-2829  
*fax:* (973) 297-2010  
*e-mail:* jordan.anger@usdoj.gov

February 27, 2013

Honorable Jose L. Linares  
United States District Judge  
Martin Luther King, Jr. Federal Courthouse  
50 Walnut Street  
Newark, New Jersey 07101

Re: State of New Jersey v. Costa,  
Civil Action No. 2:13-cr-0081 (JLL)

Dear Judge Linares:

We represent the defendant in the above-referenced action and write to request that the Court postpone the status conference currently scheduled for March 7, 2013.

As the Court is aware, the undersigned counsel has moved before the Honorable Esther Salas, United States District Judge, to consolidate the above-referenced matter with two related matters. See State of New Jersey v. Deleon, 2:13-cr-0079 (D.N.J. Feb. 14, 2013) (Dkt. # 3). That motion, which may moot any further proceedings in the instant action, has a return date of March 10, 2013.

Accordingly, in order to promote judicial economy and prevent a waste of attorney resources for the State of New Jersey and the United States of America, it is respectfully requested that the Court postpone the status conference scheduled for March 7, 2013, until such time as Judge Salas decides the motion to consolidate. Thank you for your consideration.

Respectfully submitted,

PAUL J. FISHMAN  
United States Attorney

By: /s/ *Jordan M. Anger*  
JORDAN M. ANGER  
Assistant United States Attorney

cc: Teresa McGuire, Esq. (via U.S. Mail & facsimile)  
Municipal Prosecutor, Town of Kearny, New Jersey

*The conference scheduled for 03/07/13 in this matter has been adjourned without a date.*

SO ORDERED: [signature]  
DATED: 2/28/13